Filed 2/27/26  P. v. Montoya CA2/1

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>EILEEN CHRISTINE MONTOYA,<br><br>    Defendant and Appellant. | B346994<br><br>(Los Angeles County<br>Super. Ct. No. 25PSCF00093) |

        APPEAL from a judgment of the Superior Court of Los Angeles County, Mike Camacho, Judge.  Affirmed.
        Jennifer Peabody and Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.
        No appearance for Plaintiff and Respondent.

_____

Eileen Christine Montoya took property from a Union Pacific railroad car. She pleaded no contest to receiving stolen property and was sentenced to 16 months in prison concurrent to a two-year term she was serving for another conviction.

Montoya obtained no certificate of probable cause but filed a notice of appeal in which she alleged that the presentence credits awarded her were wrong because when she pleaded no contest she understood that the presentence credits in both cases would be combined.

We appointed counsel to represent Montoya. After examining the record, counsel filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) raising no issues and asking us to independently review the record. We sent letters to Montoya and appointed counsel, directing counsel to forward the appellate record and brief to Montoya and advising her she had 30 days to personally submit any contentions or issues she wished us to consider. Montoya did not respond.

After reviewing the record, we conclude appellate counsel complied with the responsibilities set forth in *Wende* and *People v. Kelly* (2006) 40 Cal.4th 106 and find there are no arguable issues.

## DISPOSITION

The judgment is affirmed.
<u>NOT TO BE PUBLISHED</u>.


ROTHSCHILD, P. J.

We concur:



BENDIX, J.



WEINGART, J.